[No. 3642–II. Division Two. February 14, 1980.]

AUDREY B. ALBRECHT, *Appellant,* v. LOUIS ALAN ROSER, M.D., INC., P.S., *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 58577, Hewitt A. Henry, J., entered July 19, 1978. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, C.J., and Pearson, J.

[No. 3276–II. Division Two. February 14, 1980.]

PACIFIC RIM GROUP, INC., *Respondent,* v. JEFFERSON COUNTY BOARD OF COMMISSIONERS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 9126, Gerald B. Chamberlin, J., entered December 22, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Soule, J.

[No. 3229–9–III. Division Three. February 14, 1980.]

STANLEY TAGGARES, ET AL, *Respondents,* v. DONALD R. GORDON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Adams County, No. 12207, Willard A. Zellmer, J., entered December 20, 1978. *Remanded with instructions* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.